# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| JOHNSON RUBBER COMPANY, INC., *et al*. | ) | CASE NO. 07-19391 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | CHIEF JUDGE BAXTER |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance as counsel for the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union with regard to all matters and proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all notices provided by Rule 2002, as well as all subsequent petitions, motions, schedules, pleadings or the like issued or filed in the above-captioned cases be served upon the undersigned.

/s/ David M. Fusco
David M. Fusco (0010387)
SCHWARZWALD & McNAIR LLP
616 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114-1503
(216) 566-1600
(216) 566-1814 (facsimile)
dfusco@smcnlaw.com

Attorneys for the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, a copy of the foregoing Notice of Appearance and Request for Notices was sent to the following parties via the Court's CM/ECF system:

| | |
|---|---|
| William I. Kohn<br>wkohn@bfca.com | Eric M. Goodman<br>egoodman@bakerlaw.com |
| David M. Neumann<br>dneumann@bfca.com | Drew T. Parobek<br>dtparobek@vssp.com |
| Scott B. Lepene<br>slepene@bfca.com | Christopher W. Peer<br>cpeer@hahnlaw.com |
| Carrie M. Brosius<br>cmbrosius@vssp.com | Jean Robertson<br>jrobertson@calfee.com |
| Ronald E. Gold<br>rgold@fbtlaw.com | Robert J. Sidman<br>rjsidman@vorys.com |

/s/ David M. Fusco
Attorney for the United Steel, Paper and
Forestry, Rubber, Manufacturing, Energy,
Allied Industrial and Service Workers
International Union

GL001/207/pldgs/NOA